
RECEIVED
AUG 1 2 2005



RECEIVED
SEP 0 7 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04-60067 |
| VERSUS | * | JUDGE DOHERTY |
| TERRENCE BENOIT | * | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that Terrence Benoit's motion to remove his court-appointed counsel, Wayne Blanchard, is **DENIED**.

Lafayette, Louisiana this 6 day of September, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE