RECEIVED
DEC 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED 
JAN 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-60067 |
| VS. | JUDGE DOHERTY |
| TERRENCE BENOIT | MAGISTRATE JUDGE METHVIN |

### RULING ON MOTION TO SUPPRESS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and noting the absence of objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Terrence Benoit's motions to suppress (Rec. Docs. 49 and 59) are **DENIED**.

Lafayette, Louisiana this 29 day of December, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE